UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>U.S. CURRENCY IN THE APPROXIMATE AMOUNT OF $50,121.00; AND A 2002 GMC YUKON, VIN: 1GKEK63U02J171947 (Registered Owner: Casimiro Sanchez Garcia),<br><br>      Defendants. | Case No. CV-11-309-N-BLW<br><br>WARRANT OF ARREST IN REM FOR PERSONAL PROPERTY |

    WHEREAS, on July 6, 2011, the United States filed a complaint for civil forfeiture in rem in the above referenced case, alleging that the above-described personal property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

    WHEREAS, the Court, having reviewed the Verified Complaint In Rem (Dkt. No. 1), including the Affidavit of TFO Eric Hildebrandt, and the Government's Application for Warrant of Arrest In Rem for Personal Property (Dkt. No. 2), hereby finds, in accordance with Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, that there is probable cause to believe that the defendant property is subject to forfeiture pursuant to 21 U.S.C. §§ 881(a)(4) and (6) and 18 U.S.C. §§ 981(a)(1)(A) and (C).

    WHEREAS, Supplemental Rule G(3)(c) provides that the Warrant of Arrest In Rem must be delivered to a person or organization authorized to execute it;

WARRANT OF ARREST IN REM - 1

NOW THEREFORE, you are hereby commanded to arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control each property item is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

DATED: **October 7, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court

WARRANT OF ARREST <u>IN REM</u> - 2