UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV-11-309-N-BLW |
| Plaintiff, | |
| vs. | JUDGMENT, DECREE OF FORFEITURE AND CERTIFICATE OF REASONABLE CAUSE |
| U.S. CURRENCY IN THE APPROXIMATE AMOUNT OF $50,121.00 and a 2002 GMC YUKON, VIN: 1GKEK63U02J171947, | |
| Defendants. | |

This cause coming before the Court upon the application of Plaintiff, United States of America, for Judgment, Decree of Forfeiture and Certificate of Reasonable Cause (ECF No. 15), and  the Court being fully advised in the premises, finds:

1.      That on July 6, 2011, the United States filed a Verified Complaint *In Rem* (ECF No. 1), alleging that the above-named defendant property was involved in violations of 21 U.S.C. § 841 *et seq.* and 18 U.S.C. §§ 1952(a) and 1956(a)(1), and that it is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) and (6), 18 U.S.C. §§ 981(a)(1)(A) and (C).

2.      The United States caused notice of the forfeiture action to be served on all interested parties and to be published on the official government internet site, www.forfeiture.gov, for at least thirty (30) consecutive days, beginning on October 12, 2011, in accordance with the requirements of Rule G(4)(a) and (b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure;

3.      The following Orders were filed:

a.      Order granting Motion for Entry of Default as to Emiliano Garcia Hernandez (ECF No. 9) and Order granting Motion for Entry of Default Judgment as to Emiliano Garcia Hernandez (ECF No. 13).

b.      Order granting Motion for Entry of Default as to Casimiro Sanchez Garcia (ECF No. 10) and Order granting Motion for Entry of Default Judgment as to Casimiro Sanchez Garcia (ECF No. 14).

4.      There are no other interested persons, no other claims have been filed;

5.      The allegations of the Verified Complaint *In Rem* are taken as admitted; and

6.      This Court has jurisdiction pursuant to 28 U.S.C. § 1355(b)(1)(A) and (B).

Based upon the findings, the record herein, and the Court being otherwise fully advised in this matter,

NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion for judgment (docket no. 15) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that as to the the defendant property, judgment of forfeiture is hereby entered in favor of the United States and against the persons above-named and all other persons or parties, forfeiting all right, title, claim or interest they may have in said property, and that title to such property be and is hereby vested in the United States of America, and that no other person or entity shall have any claim of interest therein.

IT IS FURTHER ORDERED that the above-named defendant property is condemned and forfeited to the United States of America for disposition by the United States Federal Bureau of Investigation (FBI), according to law;

IT IS HEREBY CERTIFIED by this Court, pursuant to 28 U.S.C. § 2465 and based upon the pleadings on file, that there was reasonable cause for seizure on the part of the United States of America.

JUDGMENT, DECREE OF FORFEITURE AND CERTIFICATE OF REASONABLE CAUSE - 2

The parties shall bear their own costs and attorney fees.

DATED:  **May 31, 2012**



B. LYNN WINMILL
Chief Judge
United States District Court